■ WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, v ARTHUR CROSSLEY, Appellant.—Order unanimously affirmed, with costs. Memorandum: We agree with the rationale and holdings in *Matter of Bickford v Bickford* (55 AD2d 719), *Matter of Darene H. v Patricia S.* (90 Misc 2d 558), *Wayne County Dept. of Social Servs. v Shultz* (81 Misc 2d 603), *Matter of Campas v Campas* (61 Misc 2d 49), and *Matter of McManus v*

*Lollar* (36 Misc 2d 1046); and decline to accept the view expressed in *Matter of Parker v Stage* (55 AD2d 662) insofar as it is in disagreement with the holding in the *Bickford* case *(supra).* (Appeal from order of Wayne County Family Court—public assistance reimbursement.) Present—Marsh, P. J., Dillon, Hancock, Jr., Denman and Witmer, JJ.